## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**LAWRENCE JESS BOND**<br>**LINDA LEE BOND**<br>_____ | **In Chapter 13 Proceeding**<br>**No. 17-42615-BDL**<br><br>**ORDER GRANTING MOTION TO PAYOFF VEHICLE WITH INSURANCE PROCEEDS AND ALLOW DEBTORS THE REMAINDER TOWARDS A REPLACEMENT VEHICLE** |

It is ORDERED that the Debtors' post petition accident insurance check from Allstate Insurance be used to payoff the 2005 Ford Ranger to Wells Fargo Dealer Services and that any remaining funds after the vehicle is paid off be returned to the Debtors to be used towards a replacement vehicle.   ///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER