**Fill in this information to identify the case:**

Debtor 1    Lawrence Jess Bond

Debtor 2    Linda Lee Bond
(Spouse, if filing)

United States Bankruptcy Court for the: Western   District of Washington

Case number   17-42615-BDL

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:   7   8   3   0

**Date of payment change:**
Must be at least 21 days after date of this notice    1/1/2020

**New total payment:**
Principal, interest, and escrow, if any    $   1,376.16

---

**Part 1:**   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____ 541.64     New escrow payment: $ _____ 493.12

**Part 2:**   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

**Part 3:**   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Lesley Bohleber*
Signature

Date  11/27/2019

Print:    Lesley D. Bohleber
         First Name    Middle Name    Last Name

Title  Agent for Creditor

Company   Aldridge Pite, LLP

Address   4375 Jutland Dr. Suite 200; P.O. Box 17933
          Number          Street
          San Diego                    CA      92177
          City                         State   ZIP Code

Contact phone  (858) 750-7600

Email  LLueke@aldridgepite.com

Print    Save As...    Add Attachment    Reset



**Quicken Loans®**

1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

LAWRENCE J BOND
LINDA LEE BOND
2202 SWEET ST
TACOMA WA  98404-5030

## Loan Information

|  |  |
|---|---|
| Property Address: | 2202 Sweet ST |
|  | Tacoma, WA 98404 |
| Statement Date: | 11/11/2019 |
| New Payment Effective Date: | 01/01/2020 |

---

## 1.  Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® by Quicken Loans and click on the Loan Information tab.

### Annual Escrow Account Breakdown

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| County Taxes | $3,602.70 | $3,547.84 | 04/2020 |
| Mortgage Insurance | $1,390.92 | $1,362.60 | 01/2020 |
| Homeowners Insurance | $968.00 | $1,007.00 | 12/2020 |
| Totals: | $5,961.62 | $5,917.44 | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

---

## 2.  Your Escrow Account Has an Overage

Last year's contributions were more than your tax and insurance payments. You are due a refund, but your payment amount may still be changing. Consider depositing the refund back into your escrow account to safeguard against any potential future escrow adjustments. Since you have an overage, a check may be attached to the bottom of this page or has been sent in a separate mailer.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | $760.87 |
| Required Minimum Balance: | $759.14 |
| **Overage Amount:** | **$1.73** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

---

## 3.  Your Payment Is Changing

Your escrow payment is decreasing.

### Breaking Down the Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $883.04 | $883.04 |
| Escrow Payment: | $541.64 | $493.12 |
| Monthly Payment: | $1,424.68 | $1,376.16 |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of bankruptcy.



Mortgage Payment Breakdown

■ Principal & Interest   ■ Escrow Payment

---

(This space intentionally left blank)

---

## Quick and Easy Payment Options

| Online at RocketMortgage.com | On the go with the Rocket Mortgage® app |  By phone at (800) 508-0944 |
|---|---|---|

*Quicken Loans*

1050 Woodward Avenue | Detroit, MI 48226

**4.  A Closer Look at Your Escrow Account History**



Total Tax and Insurance Payments

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current overage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

**Escrow Account Activity History for January 2019 through December 2019**

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 01/2019 | Beginning Balance | | | | | $1,039.55 | $434.26 |
| 01/2019 | Deposit | $496.81 | $544.00 | $0.00 | $0.00 | $1,536.36 | $978.26 |
| 01/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $115.91 | $1,420.45 | $862.35 |
| 02/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $1,917.26 | $1,403.99 |
| 02/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,801.35 | $1,290.44 |
| 03/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $2,298.16 | $1,832.08 |
| 03/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $2,182.25 | $1,718.53 |
| 04/2019 | Deposit | $496.81 | $1,083.28 | $0.00 | $0.00 | $2,679.06 | $2,801.81 |
| 04/2019 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $1,801.35 | $1,773.91 | $877.71 | $1,027.90 |
| 04/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $761.80 | $914.35 |
| 05/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $1,258.61 | $1,455.99 |
| 05/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,142.70 | $1,342.44 |
| 06/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $1,639.51 | $1,884.08 |
| 06/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,523.60 | $1,770.53 |
| 07/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $2,020.41 | $2,312.17 |
| 07/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,904.50 | $2,198.62 |
| 08/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $2,401.31 | $2,740.26 |
| 08/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $2,285.40 | $2,626.71 |
| 09/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $2,782.21 | $3,168.35 |
| 09/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $2,666.30 | $3,054.80 |
| 10/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $3,163.11 | $3,596.44 |
| 10/2019 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $1,801.35 | $1,773.92 | $1,361.76 | $1,822.52 |
| 10/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,245.85 | $1,708.97 |
| 11/2019 | Deposit | $496.81 | $0.00 | $0.00 | $0.00 | $1,742.66 | $1,708.97 |
| 11/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $1,626.75 | $1,595.42 |
| 12/2019 | Deposit | $496.81 | $541.64 | $0.00 | $0.00 | $2,123.56 | $2,137.06 ** |
| 12/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $115.91 | $113.55 | $2,007.65 | $2,023.51 ** |
| 12/2019 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $968.00 | $1,007.00 | $1,039.65 | $1,016.51 ** |
| | Totals | $5,961.72 | $6,502.04 | $5,961.62 | $5,919.79 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.


## 5. A Closer Look at Projections for Your Escrow Account

### Escrow Account Projection

| | |
|---|---|
| MORTGAGE INS: | $1,362.60 |
| COUNTY TAXES: | $3,547.84 |
| HOMEOWNERS INS: | $1,007.00 |
| **Annual Taxes and Insurance:** | **$5,917.44** |
| | ÷12 |
| **New Monthly Escrow Payment:** | **$493.12** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $759.14. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity for January 2020 through December 2020

| | | Payments | Disbursements | Balance | |
|---|---|---|---|---|---|
| Date | Activity | Estimated | Estimated | Estimated | Required |
| 01/2020 | Beginning Balance | | | $1,016.51 | $1,014.78 |
| 01/2020 | Deposit | $493.12 | $0.00 | $1,509.63 | $1,507.90 |
| 01/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,396.08 | $1,394.35 |
| 02/2020 | Deposit | $493.12 | $0.00 | $1,889.20 | $1,887.47 |
| 02/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,775.65 | $1,773.92 |
| 03/2020 | Deposit | $493.12 | $0.00 | $2,268.77 | $2,267.04 |
| 03/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $2,155.22 | $2,153.49 |
| 04/2020 | Deposit | $493.12 | $0.00 | $2,648.34 | $2,646.61 |
| 04/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $2,534.79 | $2,533.06 |
| 04/2020 | Withdrawal - COUNTY TAXES | $0.00 | $1,773.92 | $760.87 | $759.14 |
| 05/2020 | Deposit | $493.12 | $0.00 | $1,253.99 | $1,252.26 |
| 05/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,140.44 | $1,138.71 |
| 06/2020 | Deposit | $493.12 | $0.00 | $1,633.56 | $1,631.83 |
| 06/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,520.01 | $1,518.28 |
| 07/2020 | Deposit | $493.12 | $0.00 | $2,013.13 | $2,011.40 |
| 07/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,899.58 | $1,897.85 |
| 08/2020 | Deposit | $493.12 | $0.00 | $2,392.70 | $2,390.97 |
| 08/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $2,279.15 | $2,277.42 |
| 09/2020 | Deposit | $493.12 | $0.00 | $2,772.27 | $2,770.54 |

Note: Your remaining Escrow account breakdown is on the next page.



### Future Escrow Account Activity for January 2020 through December 2020 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|------|----------|-------------------|------------------------|------------------|-----------------|
| 09/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $2,658.72 | $2,656.99 |
| 10/2020 | Deposit | $493.12 | $0.00 | $3,151.84 | $3,150.11 |
| 10/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $3,038.29 | $3,036.56 |
| 10/2020 | Withdrawal - COUNTY TAXES | $0.00 | $1,773.92 | $1,264.37 | $1,262.64 |
| 11/2020 | Deposit | $493.12 | $0.00 | $1,757.49 | $1,755.76 |
| 11/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $1,643.94 | $1,642.21 |
| 12/2020 | Deposit | $493.12 | $0.00 | $2,137.06 | $2,135.33 |
| 12/2020 | Withdrawal - MORTGAGE INS | $0.00 | $113.55 | $2,023.51 | $2,021.78 |
| 12/2020 | Withdrawal - HOMEOWNERS INS | $0.00 | $1,007.00 | $1,016.51 | $1,014.78 |
| | Totals | $5,917.44 | $5,917.44 | | |

ᴸThis amount denotes the projected low balance.

As a result of your escrow overage, a check may be attached. If you prefer, you can contact us to void this check and apply the amount to your loan's principal and interest or leave the overage amount in your escrow account.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Quicken Loans Inc., P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Questions?** Contact Your Quicken Loans Team.

Phone: (800) 508-0944
Email: Help@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET
Preguntas: (800) 982-2544

LESLEY D. BOHLEBER (SBN 49150)
ALDRIDGE PITE, LLP
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  QUICKEN LOANS INC.

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | |
|---|---|
| In re | Case No. 17-42615-BDL |
| LAWRENCE JESS BOND and LINDA LEE BOND, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE BY MAIL** |

I, Thanh Ha, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

On December 2, 2019, I served the NOTICE OF MORTGAGE PAYMENT CHANGE in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2019                               /s/ *Thanh T. Ha*
                                                                    THANH T. HA

1

## <u>SERVICE LIST</u>

**<u>DEBTOR(S)</u>**
(VIA U.S. MAIL)

Lawrence Jess Bond
Linda Lee Bond
2202 Sweet Street
Tacoma, WA 98404

**<u>DEBTOR(S) ATTORNEY</u>**
(VIA ELECTRONIC NOTICE)

Ellen Ann Brown
Brown & Seelye PLLC
744 S Fawcett Ave
Tacoma, WA 98402
stopdebt@gmail.com

**<u>CHAPTER 13 TRUSTEE</u>**
(VIA ELECTRONIC NOTICE)

Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402
ecfcomputer@chapter13tacoma.org

**<u>U.S. TRUSTEE</u>**
(VIA ELECTRONIC NOTICE)

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
USTPRegion18.SE.ECF@usdoj.gov

2